UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

1:26-cr-00278-MC

UNITED STATES OF AMERICA

v.                                    INFORMATION

TERESA GONZALEZ,                      18 U.S.C. § 1956(h)

Defendant.


THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Conspiracy to Launder Monetary Instruments)
(18 U.S.C. § 1956(h))

From on or about November 3, 2024, through November 5, 2024, in the District of

Oregon and elsewhere, the defendant TERESA GONZALEZ did knowingly combine, conspire,

and agree with persons known and unknown to the Grand Jury to commit offenses against the

United States in violation of Title 18, United States Code, Section 1956, to wit, to knowingly

conduct and attempt to conduct financial transactions affecting interstate and foreign commerce

involving the proceeds of specified unlawful activity, to wit: drug trafficking, knowing that the

transactions were designed in whole or in part to conceal and disguise the nature, location,

source, ownership, and control of the proceeds of specified unlawful activity and knowing that

**Information**                                                        **Page 1**

the property involved in the financial transactions represented the proceeds of some form of

unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

### FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Count 1, defendant shall forfeit

to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved

in such offense, and any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission of the

defendant:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C.

§ 982(b), to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property described above.

Dated: August 5, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Julia E. Jarrett*
JULIA E. JARRETT
Assistant United States Attorney

**Information**                                                                                    **Page 2**